No. 02–10340. MBAKPUO v. DISCIPLINARY COUNSEL, SUPREME COURT OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–10357. MISELIS v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 02–10368. BARNES v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–10370. FORD v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–10387. CONLEY v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–10407. WILSON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10409. TAYLOR v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–10412. TURNER v. KAPTURE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–10420. RANDOLPH v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–10428. CHANDLER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–10449. COVINGTON v. BECK, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION (two judgments). C. A. 4th Cir. Certiorari denied.

No. 02–10458. CHARLES, AKA MCGHEE v. UNITED STATES; and No. 02–10596. AUGUSTE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10502. BEERY v. AULT, WARDEN. C. A. 8th Cir. Certiorari denied.